FRANCIS WILLETT, Respondent, *v.* DELILAH B. WHEELER, Appellant.

(Submitted May 28, 1879; decided June 10, 1879.)

*Hovey & White* for appellant.

*John H. White* for respondent.

AGREE to affirm without opinion.

All concur.

Judgment affirmed.